**Order issued December 11, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

NO. 01-13-00782-CV

—————————————

**FNF CHARTER TITLE COMPANY D/B/A CHARTER TITLE COMPANY AND MARVIN ZINDLER, JR., Appellants**

**V.**

**SSC OPPORTUNITY PARTNERS, LLC AND DOUGLAS BRITTON, Appellees**

**And**

**BANDIER REALTY PARTNERS, LLC AND SWITCHBACK VENTURES, LLC, Appellants**

**V.**

**SSC OPPORTUNITY PARTNERS, LLC AND DOUGLAS BRITTON, Appellees**

**On Appeal from the 215th District Court**
**Harris County, Texas**

# MEMORANDUM ORDER

Appellants FNF Charter Title Company ("Charter Title") and Marvin Zindler, Jr. ("Zindler") and Appellees SSC Opportunity Partners, LLC ("SSC") and Douglas Britton ("Britton") have filed a joint motion to dismiss Charter Title's and Zindler's appeal. No opinion has issued and no party has filed a response to the motion. *See* TEX. R. APP. P. 10.1(b), 10.3. Accordingly, we grant the motion and dismiss Charter Title's and Zindler's appeal. *See* TEX. R. APP. P. 42.1(a)(1). The appeal by Bandier Realty Partners, LLC and Switchback Ventures, LLC remains pending. This interlocutory order will become final when a final judgment is issued in this cause number.

## PER CURIAM

Panel consists of Justices Jennings, Sharp, and Massengale.